UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
 :
CARL RUIZ FLOREZ,                                                                 :

                                 Plaintiff,                :
 :                24-CV-2374 (JMF)
            -v-                                     :
 :                    ORDER
20 PIERRE ASSOCIATES, LLC et al.,            :

                            Defendants.           :
 :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Defendants were required to answer the Complaint by May 7, 2024.  *See* ECF Nos. 9, 10.  To date, Defendants have not filed any responsive pleadings or motion.  As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **May 15, 2024**.  If Defendants file to answer the Complaint by that date, the Court will invite Plaintiff to file motions for default judgment.

       Plaintiff shall notify counsel for Defendants by serving upon them a copy of this order and file proof of such notice with the Court by **May 9, 2024**.  If unaware of the identity of counsel for Defendants, counsel receiving this order must forthwith send a copy of this order to Defendants personally.

       SO ORDERED.

Dated: May 8, 2024
       New York, New York                           JESSE M. FURMAN
                                                                   United States District Judge