UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                           :

CARL RUIZ FLOREZ,                                    :

                                 Plaintiff,                :

                                                             :          24-CV-2374 (JMF)

                     -v-                                       :

                                                             :              ORDER

20 PIERRE ASSOCIATES, LLC et al.,        :

                              Defendants.             :

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's May 8, 2024 Order, ECF No. 11, Plaintiff was required to file, no later than May 9, 2024, proof of having served Defendants with a copy of that Order, which extended their deadline to answer the Complaint to May 15, 2024.  To date, Plaintiff has not filed any such proof of service.  As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **May 13, 2024**.  Furthermore, in light of Plaintiff's failure to serve Defendants with a copy of the May 8, 2024 Order, Defendants' deadline to answer the Complaint is extended to **May 17, 2024**.

       Plaintiff shall notify counsel for Defendants by serving upon them a copy of this order (along with the Court's May 8, 2024 Order) and file proof of such notice with the Court by **May 13, 2024**.  If unaware of the identity of counsel for Defendants, counsel receiving this order must forthwith send a copy of this order to Defendants personally.

       SO ORDERED.

Dated: May 10, 2024
       New York, New York                              JESSE M. FURMAN
                                                            United States District Judge